ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIM L. LASKE (Cal. Bar No. 223395)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Facsimile: (213) 894-7819
    Email: tim.laske@usdoj.gov

Attorneys for Defendant
United States of America

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, a corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No. ED CV 13-02229 JGB(SPx)<br><br><br><br><br><br><br>HON. JESUS G. BERNAL |

**ORDER DISMISSING ACTION WITH PREJUDICE**

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit, expenses, and fees, including but not limited to attorneys' fees; and
3. The Court shall retain jurisdiction over this case pending payment of the settlement.

Dated: March 28, 2014

HONORABLE JESUS G. BERNAL
U.S. DISTRICT JUDGE

Respectfully Submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

     /s/ Tim L. Laske
TIM L. LASKE
Assistant United States Attorney

Attorneys for Defendant
United States of America

-1-